E-FILED
Tuesday, 17 March, 2026  04:21:47 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

MAGNET MAINTENANCE
ELECTRICAL LLC,

      **Plaintiff,**

v.

      **Case No. 25-2316**

HOPE VILLAGE DEVELOPER LLC,

      **Defendant.**

### REPORT AND RECOMMENDATION

On December 3, 2025, Plaintiff filed a Complaint (1) against Defendant. Plaintiff, however, did not pay the filing fee and was not represented by an attorney. On December 22, the Court entered a Text Order, stating:

> Plaintiff Magnet Maintenance Electrical is a limited liability company. A corporation may not appear pro se. *Rowland v. California Men's Colony*, 506 U.S. 194 (1993). Corporations instead must be represented by an attorney. The Motion for Leave to Proceed in forma pauperis [2] is denied as improperly filed without an attorney. The Court grants Plaintiff 21 days to obtain an attorney and pay the filing fee in this case. Plaintiff's deadline is 1/12/26.

Despite being directed to obtain an attorney and pay the filing fee in this case by January 12, Plaintiff did not do so. Accordingly, the Court entered an Order to Show Cause (#3) on January 29, ordering Plaintiff to show cause as to why this matter should not be dismissed for failing to obtain an attorney and pay the filing fee. Plaintiff was given 30 days from the entry of the Order to respond. The Court cautioned that failure to respond would result in dismissal of this case.

Plaintiff has not responded to the Court's Order to Show Cause, obtained an attorney, or paid the filing fee in this case. **Accordingly, the Court recommends that Plaintiff's claims against Defendant Hope Village Developer LLC be DISMISSED**

**without prejudice for Plaintif's failure to obtain an attorney, failure to pay the filing fee, and for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).**

The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 17th day of March, 2026.

_____
s/ ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE