E-FILED
Thursday, 02 April, 2026  01:56:22 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| MAGNET MAINTENANCE ELECTRICAL LLC, | ) ) ) | |
| Plaintiff, | ) ) | **Case No. 25-CV-2316** |
| v. | ) ) | |
| HOPE VILLAGE DEVELOPER LLC, | ) ) | |
| Defendant. | ) | |

## ORDER

Plaintiff, Magnet Maintenance Electrical LLC, filed the instant Complaint (#1) on December 3, 2025. The Complaint, as well as a subsequently filed Motion for Leave to Proceed In Forma Pauperis (#2), were prepared and filed by Troy Deen, presumably the owner of the Plaintiff corporation. In a text order entered on December 22, 2025, Magistrate Judge Eric I. Long admonished Plaintiff that a corporation could not proceed pro se in federal court, but had to be represented by an attorney. Judge Long thus denied the Motion and granted Plaintiff 21 days to obtain an attorney and pay the required filing fee.

Thirty-eight days later, having heard nothing from Plaintiff, Judge Long entered an Order to Show Cause (#3), providing Plaintiff 30 days to show cause as to why the matter should not be dismissed for failing to obtain an attorney and pay the filing fee. The Order made clear that the matter would be dismissed if Plaintiff did not respond.

Plaintiff did not respond. Thus, on March 17, 2026, Judge Letter entered a Report and Recommendation (#4), recommending that the matter be dismissed for those reasons. More than 14 days have elapsed, and Plaintiff has filed no objection to the Report and Recommendation.

The court agrees that this matter must be dismissed for Plaintiff's failure to obtain counsel and pay the required filing fee. The court therefore adopts the recommendation of Judge Long. This case is DISMISSED. The matter is terminated.

ENTERED this 2nd day of April, 2026.

s/Colin Stirling Bruce
COLIN S. BRUCE
CHIEF U.S. DISTRICT JUDGE